UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BAREFIELD,<br><br>        Plaintiff,<br><br>   v.<br><br>HSBC MORTGAGE SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 1:21-cv-00613 NONE JLT<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER GRANTING 30-DAY EXTENSION**<br>**(Doc. 15)** |

The plaintiff has failed to serve her complaint. In response to the order to show cause (Doc. 14), Ms. Barefield reports that she thought she had 120 days to effect service. (Doc. 15) She indicates she wishes to amend her complaint and will do so and effect service within 30 days. Thus, the order to show cause is DISCHARGED. The Court GRANTS the plaintiff's request (Doc. 15) and ORDERS her to serve her current complaint or file and serve her amended complaint within 30 days. The Court reminds the plaintiff that she may not raise claims that have been disposed of in her previous cases. Doing so would likely be deemed to be harassing.

IT IS SO ORDERED.

    Dated: __**July 15, 2021**__            _____ **/s/ Jennifer L. Thurston**
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE