Sophia S. Lau, State Bar Number 222333
  *slau@earlysullivan.com*
Brett G. Moore, State Bar Number 311637
  *bmoore@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Defendants
Nickolas E. Tenhaeff (erroneously sued as Nickolas E. Tenheff) and Lynae M. Tenhaeff (erroneously sued as Lynae M. Tenheff)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BAREFIELD,<br><br>                    Plaintiff,<br><br>vs.<br><br>HSBC MORTGAGE SERVICES, INC.; SUMMIT MANAGEMENT COMPANY, LLC; U.S. BANK TRUST, N.A.; LSF10 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC.; NICKOLAS E. TENHEFF; LYNAE M. TENHEFF; PROMINENT ESCROW SERVICE; CHICAGO TITLE COMPANY; AND DOES 1-50, INCLUSIVE,<br><br>                    Defendants. | Case No.: 1:21-CV-00613-NONE-JLT<br><br>**[PROPOSED] ORDER ON DEFENDANTS NICKOLAS E. TENHAEFF AND LYNAE M. TENHAEFF'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF No. 17)**<br><br>**(Doc. 25)** |



**[PROPOSED] ORDER**

637057.1

# [~~PROPOSED~~] ORDER

The Honorable Jennifer L. Thurston, having considered Defendants Nickolas E. Tenhaeff and Lynae M. Tenhaeff's (the "Tenhaeffs") *ex parte* application, and good cause appearing therefor, **HEREBY ORDERS** that:

1. The Tenhaeffs' deadline to respond to Plaintiff Debra Barefield's First Amended Complaint (ECF No. 17) is extended from September 10, 2021, to September 30, 2021.

IT IS SO ORDERED.

Dated:   **September 9, 2021**          _____ **/s/ Jennifer L. Thurston**
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

