1  JASON W. SUH (SBN: 256573)
   **GOLDBERG SEGALLA LLP**
2  777 S. Figueroa Street, Suite 2000
   Los Angeles, CA 90017-5818
3  Telephone: 213-415-7200
   E-mail: jsuh@goldbergsegalla.com
4
   Attorneys for Defendant
5  PROMINENT ESCROW SERVICES, INC.
   (*Erroneously sued as* PROMINENT
6  ESCROW SERVICE)

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10
   | DEBRA BAREFIELD, | CASE NO. 1:21-CV-00613-JLT |
   |---|---|
   | Plaintiff, | **STIPULATION AND [*PROPOSED*] ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)** |
   | vs. | |
   | HSBC MORTGAGE SERVICES, INC.; SUMMIT MANAGEMENT COMPANY, LLC; U.S. BANK TRUST, N.A.; LSF10 MASTER PARTICIPATION TRUST; CALIBER HOME LOANS, INC.; NICKOLAS E. TENHEFF; LYNAE M. TENHEFF; PROMINENT ESCROW SERVICE; CHICAGO TITLE COMPANY; AND DOES 1-50, INCLUSIVE, | (Doc. 32 |
   | Defendants. | |

       WHEREAS, Plaintiff Debra Barefield ("Plaintiff") served Defendant

   Prominent Escrow Services, Inc. ("Prominent") with her First Amended Complaint

   ("FAC") on August 30, 2021; and

       WHEREAS, Prominent was not served with the original complaint; and

       WHEREAS, Prominent's response to the FAC is now due on September 20,

   2021, and

       WHEREAS, Prominent requires additional time to prepare its responsive

   pleading after having only recently retained legal counsel; and

-1-
STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT

WHEREAS, Prominent and Plaintiff have agreed to stipulate to a 28-day extension of time, up to and including, October 18, 2021 for Prominent's response to the FAC; and

WHEREAS, there have been *no* prior extensions of time to respond to the FAC.

NOW THEREFORE, Prominent, by and through its undersigned counsel, and Plaintiff, *in Pro Per*, stipulate and agree that Prominent shall have an extension of time up to and including **October 18, 2021** to respond to the FAC in this action.

Dated: September 20, 2021              GOLDBERG SEGALLA LLP

                                       By:  /s/ Jason W. Suh_____
                                       Jason W. Suh (SBN: 256573)
                                       Attorneys for Defendant
                                       Prominent Escrow Services, Inc.

Dated: September 20, 2021

                                       By: _/s/ Debra Barefield_____
                                       Plaintiff, *in Pro Per*

### [PROPOSED] ORDER

Based upon the stipulation of parties, the Court **ORDERS**:

1. The stipulation is **GRANTED**. Prominent Escrow Services, Inc.'s SHALL file a responsive pleading no later than October 18, 2021.

IT IS SO ORDERED.

   Dated:  **September 20, 2021**          _ **/s/ Jennifer L. Thurston**
                                       CHIEF UNITED STATES MAGISTRATE JUDGE