UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BAREFIELD,<br><br>       Plaintiff,<br><br>   v.<br><br>HSBC MORTGAGE SERVICES, INC., et al.,<br><br>       Defendants. | Case No.: 1:21-cv-0613- NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION AS TO DEFENDANT HSBC MORTGAGE SERVICES, INC., AND TO UPDATE THE DOCKET<br><br>(Doc. 54) |

Plaintiff filed a Notice of Dismissal, indicating she "dismisse[d] Defendant HSBC Mortgage Services, Inc., as a party defendant to this action without prejudice." (Doc. 54 at 1, emphasis omitted.) Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Procedure, "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendant had not appeared or filed an answer, the claims against HSBC Mortgage Services, Inc. were automatically terminated. *Id.* Accordingly, the Clerk of Court is **DIRECTED** to close this action only as to Defendant HSBC Mortgage Services, Inc., and update the docket.

IT IS SO ORDERED.

   Dated: __**October 29, 2021**__            _ **/s/ Jennifer L. Thurston**
                                                                  CHIEF UNITED STATES MAGISTRATE JUDGE