1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**
9                     **EASTERN DISTRICT OF CALIFORNIA**
10

11   DEBRA BAREFIELD,                          Case No. 1:21-cv-0613 JLT CDB

12                    Plaintiff,               ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS AND DENYING
13          v.                                 PLAINTIFF'S APPLICATION TO PROCEED
                                               IN FORMA PAUPERIS ON APPEAL
14   HSBC MORTGAGE SERVICES, INC.,
     et al..,                                  (Docs. 69, 73)
15
                     Defendants.
16

17          On April 25, 2023, the assigned magistrate judge found Plaintiff's appeal is frivolous, and

18   issued Findings and Recommendations to deny Plaintiff's application to proceed *in forma*

19   *pauperis* on appeal.  (Doc. 73.)  The Findings and Recommendations were served on upon all

20   parties on the same day and contained a notice that any objections were due within 14 days.  (*Id.*

21   at 4.)  Plaintiff was also advised that "failure to file objections within the specified time may

22   result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39

23   (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  More than 14 days

24   have passed, and no objections were filed.

25          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case.

26   Having carefully reviewed the entire action, the Court concludes the Findings and

27   Recommendations are supported by the record and by proper analysis.

28   ///

Based upon the foregoing, the Court **ORDERS**:

1.    The Findings and Recommendations issued on April 25, 2023 (Doc. 73) are adopted in full.

2.    Plaintiff's motion to proceed *in forma pauperis* on appeal (Doc. 69) is denied.

IT IS SO ORDERED.

Dated:   **May 19, 2023**

UNITED STATES DISTRICT JUDGE

2